[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-10230
Non-Argument Calendar

_____

D.C. Docket No. 9:11-cr-80111-DTKH-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK CAMPBELL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(December 11, 2012)

Before TJOFLAT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed appellate counsel for Patrick Campbell in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Campbell's conviction and sentence are **AFFIRMED**.